# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY A. ALVAREZ, JR.,<br><br>Defendants. | CASE NO.:   21CR02433-JLS<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting is GRANTED. The September 24, 2021, at 1:30 p.m., Motion Hearing/Trial Setting is hereby continued to November 4, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by October 8, 2021.

For the reasons set forth in the joint motion, **IT IS FURTHER ORDERED** that time is excluded under 18 USC § 3161(h)(7) and 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  September 20, 2021

Hon. Janis L. Sammartino
United States District Judge