UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   21CR02433-JLS |
| Plaintiff, | |
| v. | ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| HENRY A. ALVAREZ, JR., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing Trial Setting is GRANTED. The November 19, 2021, at 1:30 p.m., Motion Hearing Trial Setting is hereby continued to December 17, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, **IT IS FURTHER ORDERED** that time is excluded under 18 USC § 3161(h)(7) as well as 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  November 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge